# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LASHAWN POTTS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:22-cv-02565-PX |
| EXCALIBUR ASSOCIATES, INC., | * | |
| Defendant. | * | |
| | *** | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 3rd day of May 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion to Dismiss or Compel Arbitration (ECF No. 3) filed by Defendant Excalibur Associates, Inc. BE, and the same hereby IS, GRANTED;

2. The Complaint (ECF No. 6) BE, and the same hereby IS, DISMISSED without prejudice;

3. The Clerk is DIRECTED to TRANSMIT copies of the foregoing Memorandum Opinion and this Order to the parties; and

4. CLOSE this case.

5/3/2023
Date

/S/
Paula Xinis
United States District Judge